[No. 71166-1-I.   Division One.   December 29, 2014.]

WANNA CHOI, *Appellant*, v. ASHLEY YOUNG, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 13-2-14374-7, Jean A. Rietschel, J., entered October 22, 2013. *Affirmed* by unpublished opinion per Schindler, J., concurred in by Cox and Appelwick, JJ.

[No. 71197-1-I.   Division One.   December 29, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. TIMOTHY LUSSIER, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 13-1-01661-8, George F.B. Appel, J., entered October 23, 2013. *Affirmed* by unpublished per curiam opinion.

[Nos. 71264-1-I; 71265-9-I.   Division One.   December 29, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. DEVIN L. FORD, *Appellant*.

Appeals from judgments of the Superior Court for Snohomish County, Nos. 12-1-01990-2 and 12-1-02077-3, Bruce I. Weiss, J., entered November 13, 2013. *Remanded with instructions* by unpublished per curiam opinion.

[No. 71349-3-I.   Division One.   December 29, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN C. JACKSON, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 12-1-01395-5, Marybeth Dingledy, J., entered December 4, 2013. *Dismissed* by unpublished per curiam opinion.